**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MELVIN M. HENSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 09-0800 (RMC) |
| | ) |
| UNITED STATES PAROLE COMMISSION, | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM OPINION**

Petitioner Melvin M. Henson petitioned for a writ of *habeas corpus* because the United States Parole Commission allegedly executed a parole violator warrant more than 11 years after it was issued and then failed to provide timely probable cause and parole revocation hearings. In opposing the petition, the United States asserts that the claim is in effect moot because Mr. Henson has been given said hearings and has not "shown any prejudice from the slight delay in providing the hearings." United States' Opposition to Petitioner's Petition for a Writ of *Habeas Corpus* [Dkt. # 9] at 1. By Order of June 24, 2009 [Dkt. # 10], the Court directed Mr. Henson to respond to the United States's opposition no later than July 30, 2009, and advised of the consequences if he did not. Mr. Henson has neither responded nor sought additional time to do so. The Court therefore treats the United States's documented opposition to the habeas petition as conceded and finds no basis for issuing the writ. A separate Order accompanies this Memorandum.

_____s/s_____
Rosemary M. Collyer
United States District Judge

Date: August 13, 2009